IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Western Division

| United States of America | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:01CR00102-03 WRW |
| | ) | |
| Steffana Carmichael | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Central Chevrolet | ) | |
| Garnishee | ) | |

## GARNISHMENT ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on June 15, 2005, stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, and that garnishee was indebted to defendant in the sum of $413.00 weekly. The garnishee also stated that the defendant had a previous garnishment from the Student Loan Guarantee Foundation of Arkansas for a debt in the amount of $6,600.52. The defendant is indebted to the United States in the sum of $37,379.00.

On May 18, 2005, the defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

**THEREFORE , IT IS ORDERED** that after the garnishment for the Student Loan Guarantee Foundation of Arkansas is paid in full, the Garnishee shall pay the sum of 25% of the defendant's net wages to the plaintiff and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

Said payments should be sent to the United States District Court Clerk, 600 W. Capitol Avenue, Suite 402, Little Rock, Arkansas, 72201.

Dated: 6/30/05

_____
WILLIAM R. WILSON, JR.
UNITED STATES DISTRICT JUDGE